# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135679

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

                                         SC     135679

v                                         CoA   256187
                                         Wayne CC 03-14160-01

ANTHONY EDWARD CIAVONE,
      Defendant-Appellant.
_____

      On order of the Chief Justice, defendant-appellant having directed that his application be withdrawn, the application for leave to appeal is DISMISSED with prejudice and without costs.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2008

Clerk